IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MUSTAFA MOUSAB ALOWEMER

Magistrate No. 19-1380
**[UNDER SEAL]**

### MOTION TO SEAL COMPLAINT AND ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Soo C. Song, Assistant United States Attorney for said district, and respectfully moves the Court for an Order directing that any and all papers filed in the above-captioned matter, and the within Motion and Order to Seal, be sealed pending further Order of Court. In support of this Motion, it is respectfully submitted that the facts contained in these papers pertain to matters concerning an ongoing investigation and the publication of said information would compromise the investigation.

Notwithstanding the need to protect the investigation up to and until the arrest of the defendant, the United States seeks permission from this court to provide extremely limited notice to certain civilian individuals who may be associated with the intended target(s) of the criminal schemes detailed in the complaint. This notice would be effectuated by the Federal

Bureau of Investigation (FBI) after an arrest has been made, but before the unsealing of the complaint affidavit.  The purpose of such notice is to meet any potential obligations under the Crime Victims Rights Act, 18 U.S.C. § 3771, and to prevent undue community concern or unrest.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By:    SOO C. SONG
Assistant U. S. Attorney
DC ID No. 457268