IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                           Magistrate's No. 19-1380

MUSTAFA ALOWEMER

MOTION TO UNSEAL COMPLAINT,
ARREST WARRANT AND AFFIDAVIT

AND NOW, comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Soo C. Song, Assistant United States Attorney for said district, and sets forth the following:

On June 18, 2019, a Complaint was filed and an Arrest Warrant was issued in the above-captioned case.

The Complaint, Arrest Warrant and Affidavit were then ordered sealed pending arrest of the above-captioned individual.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Complaint, Arrest Warrant and Affidavit due to the fact that the Arrest Warrant has been executed, and there is no further need for the Complaint, Arrest Warrant and Affidavit to remain sealed.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By:    SOO C. SONG
       Assistant U.S. Attorney
       DC ID No. 457268