AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:19-mj-01380-CRE-1 |
| | ) | |
| MUSTAFA MOUSAB ALOWEMER | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | THE HONORABLE CYNTHIA REED EDDY | Courtroom No.: | 10A, 10th Floor |
|---|---|---|---|
| | | Date and Time: | 6/21/2019 10:00 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  _____6/19/2019_____

_____
Judge's signature

_____Cynthia Reed Eddy, Chief U.S. Magistrate Judge_____
*Printed name and title*