IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        )
                                )
            vs                  )          Case No. *19-1380M*
                                )
*MUSTAFA ALOWEMER*              )

WAIVER OF DETENTION HEARING

I understand that I have the right to a detention hearing in connection with the federal charges that have been brought against me.

I hereby waive my right to a detention hearing at this time reserving the right to request a detention hearing if and when the issue becomes relevant.

_____
SIGNATURE OF DEFENDANT

DATE:                           _____
                                COUNSEL FOR DEFENDANT

ORDER OF DETENTION

AND NOW, this _21st_ day of _June_, 2019,

IT IS HEREBY ORDERED that the government's request for detention is GRANTED pending further consideration if and when the issue of bail becomes relevant.

_____
Cynthia Reed Eddy
Chief United States Magistrate Judge