AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   Magistrate No. 19-1380 |
| MUSTAFA ALOWEMER | ) | |
| | ) | |
| | ) | [UNDER SEAL] |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Mustafa Alowemer                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment        ❑ Superseding Indictment        ❑ Information        ❑ Superseding Information        ☑ Complaint
❑ Probation Violation Petition        ❑ Supervised Release Violation Petition        ❑ Violation Notice        ❑ Order of the Court

This offense is briefly described as follows:

Count 1: Attempting to provide material support, to wit, tangible property, services and personnel, to a designated Foreign Terrorist Organization (ISIS) (18 U.S.C. § 2339B(a)(1))

Counts 2 & 3: Distribution of information relating to explosives, destructive devices, and weapons of mass destruction to a person knowing such person intended to use the information for and in furtherance of a federal crime of violence, to wit, 18 U.S.C. § 2332a(a)(2) (Weapons of Mass Destruction) (18 U.S.C. § 842(p)(2)(B))

Date:      06/18/2019                                         _____
                                                                                   *Issuing officer's signature*

City and state:      Pittsburgh, Pennsylvania                      CYNTHIA REED EDDY, Chief U.S. Magistrate Judge
                                                                                   *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)*   6/18/2019  , and the person was arrested on *(date)*   6/19/2019 at *(city and state)*   Wexford, PA   . |
| Date:   6/21/2019                                  _____<br>                                                             *Arresting officer's signature*<br><br>                                                             Nicholas Edquist, FBI Special Agent<br>                                                             *Printed name and title* |