IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MUSTAFA MOUSAB ALOWEMER

Criminal No. 19-219

## ARRAIGNMENT PLEA

Defendant MUSTAFA MOUSAB ALOWEMER ,

being arraigned, pleads **NOT GUILTY**

in open Court this **24th** day of

**July** , 20 **19**

_____
(Defendant's Signature)

_____
(Attorney for Defendant)