IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
vs )            Criminal Case No. 19-219
)
)
MUSTAFA MOUSAB ALOWEMER )

WAIVER OF DETENTION HEARING

I understand that I have the right to a detention hearing in connection with the federal charges that have been brought against me.

I hereby waive my right to a detention hearing at this time reserving the right to request a detention hearing if and when the issue becomes relevant.

_____
SIGNATURE OF DEFENDANT

DATE: 7/24/19

_____
COUNSEL FOR DEFENDANT

ORDER OF DETENTION

AND NOW, this 24th day of      JULY      ,      2019  ,

IT IS HEREBY ORDERED that the government's request for detention is GRANTED pending further consideration if and when the issue of bail becomes relevant.

_____
PATRICIA L. DODGE
United States Magistrate Judge