IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA


    UNITED STATES OF AMERICA,

          vs.
                                        Criminal No. 19-219

    MUSTAFA MOUSAB ALOWEMER,

                  Defendant.
                                     - - -


     Transcript of Status Conference on Tuesday, December 8, 2020,
     in the United States District Court, Pittsburgh, Pennsylvania,
     before The Hon. Marilyn J. Horan, District Judge.



     APPEARANCES:

     For the Government:       Soo C. Song, Esquire
                               United States Attorney's Office
                               U.S. Courthouse
                               700 Grant Street, Suite 4000
                               Pittsburgh, Pennsylvania 15219


     For the Defendant:        Andrew Lipson, Esquire
                               Office of the Federal Public Defender
                               1500 Liberty Avenue
                               1001 Liberty Avenue
                               Pittsburgh, Pennsylvania 15222


     Court Reporter:           Sharon Siatkowski, RPR, CRR, CBC, CRI
                               700 Grant Street, Ste. 5300
                               Pittsburgh, Pennsylvania 15219




Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

(10:01 a.m.)

(In open court via Zoom proceedings.)

THE CLERK:  Your Honor, before we begin, I just wanted to say a couple of things as a reminder for everyone on the call.

If you are not being addressed directly by the Court or speaking, I would like you to place your devices on mute so that that will limit the feedback on the Zoom call.

Also, Mr. Alowemer, if you wish to talk with your counsel privately, I would need you to raise your hand so that way I can see you and then I can put you and Mr. Lipson in a private breakout room with the interpreter.  Thank you.

That's all I have, Your Honor.

THE COURT:  Very well.  We are convened this morning in the United States of America vs. Mustafa Alowemer at 19-219.

We have a status conference today just to inform the Court as to the progress of this matter towards resolution.

Mr. Lipson, where do we stand?

MR. LIPSON:  Thank you, Your Honor.  Since our last status conference, Your Honor, I believe we have made substantial progress towards the work that the defense team has been putting in to give Mr. Alowemer the tools to decide what he would like to do in this case.

In connection with those efforts, Your Honor, we -- I

previously mentioned our hiring of an expert to evaluate Mr. Alowemer for purposes of both his defense and any potential mitigating analysis in this case and I can report that the in-person evaluation has occurred.

We will be meeting with our expert again this week to determine if any further testing or evaluation is necessary to be done for Mr. Alowemer, but the bulk of that in-person interview and evaluation has already occurred.

In connection with those efforts, I have been in regular contact with counsel to the Government to discuss the status of that evaluation, to discuss the ongoing discovery-related issues, to have at this stage a high-level plea negotiation, and to discuss other related investigative aspects of this case.

The hope is -- the intention is to continue to work with our expert to prepare a report, which we intend to share with the Government, which will have the effect of crystalizing any defenses that might exist in this case and also to simultaneously further potential plea negotiations.

We have an additional meeting with our expert on Thursday and we have a meeting with Mr. Alowemer tomorrow.  And we continue to remain in contact with his family.

THE CLERK:  Excuse me.  Your Honor, we lost you.

THE COURT:  Yes, I've lost video connection, but I am hearing everything through my phone.

THE CLERK:  I just wanted to make sure.  Thank you, Your Honor.

THE COURT:  Sure.

MR. LIPSON:  The pretrial motion --

THE COURT:  Okay.  At this time -- go ahead, Mr. Lipson.

MR. LIPSON:  The pretrial motion deadline is set for February 5, 2021.  Sitting here today, it is my expectation Mr. Alowemer will make a decision about whether or not to file pretrial motions or other options by that date.

THE COURT:  Very well.  I was about to ask the question in terms of that pretrial motion date.

Ms. Song, do you have any input for today?

MS. SONG:  Thank you, Your Honor.  Mr. Lipson and I have remained in close contact.  I'm encouraged that the necessary in-person meetings for the evaluation that defense counsel has described took place.

We continue to be in contact with the jail to assure that access is open and available, notwithstanding COVID, for defense counsel and their personnel and the Defendant.

Your Honor, while the vast majority of discovery had been provided approximately a year ago, by December of 2019, it is the case, as Mr. Lipson mentioned, that there are some active aspects of the investigation.  With respect to those aspects, we've provided some limited additional discovery.  And we remain

in active dialogue about that evidence, Your Honor.

And with that, Your Honor, we await the report from defense counsel.  We'll be prepared to proceed in February according to either decision that the Defendant makes.

THE COURT:  Very well.  I am pleased with the progress you seem to be making, and we are all focused on that February 5, 2021 date.

If there's any basis where you need the Court in the interim, we'll certainly be available to you.

Is there anything further for today's proceeding from either the defense or the Government?

MR. LIPSON:  Your Honor, nothing for purposes of the status conference to add.

Your Honor, I would ask that, perhaps at the conclusion of the status conference, if the court deputy would be able to put myself, Mr. Alowemer, and Melissa John in a breakout room, that would be great.  I don't anticipate needing to speak with Mr. Alowemer longer than three to five minutes, but I just wanted to touch base.

MS. SONG:  Nothing further on behalf of the United States, Your Honor.

THE COURT:  Very well.  We will then adjourn this conference.  We will permit the breakout room; Ms. Biggs can accommodate that.  Everyone else will be dismissed.

MR. LIPSON:  Thank you, Your Honor.

MS. SONG:   Thank you, Your Honor.

THE COURT:   Thank you.

(Proceedings concluded at 10:14 a.m.)

- - -


C E R T I F I C A T E



I, SHARON SIATKOWSKI, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

s/Sharon Siatkowski
SHARON SIATKOWSKI, RPR, CRR, CBC, CRI
Official Court Reporter