IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 19-219 |
| MUSTAFA MOUSAB ALOWEMER | |

**UNITED STATES' POSITION WITH RESPECT TO SENTENCING FACTORS**

AND NOW comes the United States of America, by its attorneys, Cindy K. Chung, United States Attorney for the Western District of Pennsylvania, and Soo C. Song, Assistant United States Attorney for said district, and submits the following Position with Respect to Sentencing Factors.

The United States has received and reviewed the Presentence Report for defendant Mustafa Alowemer, has conferred with counsel for the defendant and Probation Officer Erin Stewart, and concurs with the computations contained in the Presentence Report. Supporting victim impact and restitution information, as well as sentencing memoranda will be filed according to the Court's order setting forth the relevant filing dates.

Sentencing is currently scheduled for August 4, 2022. Defense counsel, Andrew Lipson, has indicated his intention to present expert testimony, evaluation and information in conjunction with sentencing and has further indicated his intention to provide relevant reports to the government in advance of sentencing. As of the date of this filing, the United States has not received sufficient information to enable its timely and complete response to or rebuttal of such expert testimony. Undersigned counsel will continue to work to meet and confer with Mr. Lipson and, based upon communications to date, expects that the parties will reach a resolution. This information is being provided to the Court, however, given the pending sentencing date and in the event that further communications or court-action may be sought regarding the current sentencing date.

Respectfully submitted,

CINDY K. CHUNG
United States Attorney

By:

SOO C. SONG
Assistant U. S. Attorney
Pittsburgh, PA
DC ID No. 457268