**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 19-219** |
| | ) | |
| **MUSTAFA MOUSAB ALOWEMER** | ) | |
| **Defendant.** | ) | |

**ORDER OF COURT**

AND NOW, this 8th day of November, 2022, upon consideration of the Government's

oral Motion to Dismiss Counts 2 and 3 of the Indictment filed under 19-cr-219, it is hereby

ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED. Counts 2 and 3 of

the Indictment filed under 19-cr-219 are hereby DISMISSED.

/s/ *Marilyn J. Horan*
United States District Judge