**NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**U.S. District Court - Western District of Pennsylvania (Pittsburgh)**

Circuit Court Docket No. _____

**FULL CAPTION IN DISTRICT COURT:**

UNITED STATES OF AMERICA

v.

MUSTAFA MOUSAB ALOWEMER

**District Court
Docket No.** 2:19-cr-219

**District Court
Judge** Marilyn J. Horan

Notice is hereby given that MUSTAFA MOUSAB ALOWEMER

appeals to the United States Court of Appeals for the Third Circuit

from [X] Judgment; [ ] Order; [ ] Other (Specify)

entered in this action on November 10, 2022 .

**DATED:** November 22, 2022

/s/ Samuel G. Saylor
**(Counsel for Appellant-signature)**

Samuel G. Saylor
Assistant Federal Public Defender
**(Name of Counsel-Typed)**

1001 Liberty Avenue
**(Address)**

Suite 1500

Pittsburgh, PA 15222

(412) 644-6565
**(Tel. No. - FTS or Other)**

Laura Schleich Irwin
Assistant U.S. Attorney
**(Counsel for Appellee)**

4000 U.S. Courthouse
**(Address)**

700 Grant Street

Pittsburgh, PA 15219

(412) 644-3500
**(Tel. No. - FTS or Other)**